ADVANCED TECHNOLOGY & MATERIALS CO., LTD., Beijing Gang Yan Diamond Products Company, and Gang Yan Diamond Products, Inc., Plaintiffs–Appellants,

and

Bosun Tools Group Co., Ltd., Plaintiff,

v.

UNITED STATES, Defendant,

and

Diamond Sawblades Manufacturers Coalition, Defendant–Appellee,

and

Weihai Xiangguang Mechanical Industrial Co., Ltd., and Qingdao Shinhan Diamond Industrial Co., Ltd., Defendants.

No. 2014–1154.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2014.

Herbert C. Shelley, Steptoe & Johnson LLP, of Washington, DC, argued for plaintiffs-appellants. With him on the brief was Christopher G. Falcone. Of counsel

on the brief was Jeffrey S. Neeley, Barnes, Richardson & Colburn, LLP, of Washington, DC.

Daniel B. Pickard, Wiley Rein LLP, of Washington, DC, argued for defendant-appellee. With him on the brief was Maureen E. Thorson.

LOURIE, MOORE, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**